**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | | |
|---|---|---|
| **LAUREN E. SETH,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 5:21-CV-00152-H** |
| | § | |
| **DOLLAR TREE INC,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## JOINT ADVISORY ON ARBITRATION

Plaintiff Lauren E. Seth ("Plaintiff") and Defendant Dollar Tree Inc ("Defendant"), by and through their counsel of record, file this Joint Advisory on Arbitration advising the Court of the status of the parties' arbitration.  The parties have reached an agreement that will end this dispute.  The parties anticipate filing the appropriate closing documents with the Arbitrator and this Court within the next thirty (30) days.

Dated: November 16, 2022.

1

Respectfully submitted,


/s/ David M. Curtis                              /s/ Jeremy W. Hawpe
David M. Curtis                                  Jeremy W. Hawpe
Texas State Bar No. 05270930                     Texas State Bar No. 24046041

DAVID M. CURTIS & ASSOCIATES, P.C.               LITTLER MENDELSON, P.C.
381 Casa Linda Plaza                             2001 Ross Avenue
Suite 103                                        Suite 1500, Lock Box 116
Dallas, TX 75218                                 Dallas, TX  75201-2931
833.444.4714                                     214.880.8100
800.532.2501 (facsimile)                         214.880.0181 (Facsimile)
david@laborassociates.com                        jhawpe@littler.com

ATTORNEY FOR PLAINTIFF                            ATTORNEY FOR DEFENDANT
LAUREN E. SETH                                   DOLLAR TREE INC


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 16th day of November, 2022, the foregoing document was served on counsel of record via ECF as follows:

David M. Curtis
David M. Curtis & Associates, P.C.
381 Casa Linda Plaza, Suite 103
Dallas, TX 75218
david@laborassociates.com

/s/ Jeremy W. Hawpe
Jeremy W. Hawpe


4884-6167-6859.1 / 061603-1265

2