UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LAUREN E. SETH,<br><br>     Plaintiff,<br><br>v.<br><br>DOLLAR TREE INC.,<br><br>     Defendant. | No. 5:21-CV-152-H |

### ORDER OF DISMISSAL

Before the Court is the parties' Joint Motion to Dismiss with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 12. The joint motion is granted. It is ordered that Lauren E. Seth's claims against Dollar Tree Inc. are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on December 5, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE